**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Eastern District of Wisconsin

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Taylor, Wade C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4889** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2109 North 70th Street**<br>**Milwaukee, WI**<br>ZIP Code **53213** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Milwaukee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Taylor, Wade C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **Eastern District of Wisconsin** | Case Number: **11-29781** | Date Filed: **6/20/11** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Rollie R. Hanson**      **November 29, 2011**<br>Signature of Attorney for Debtor(s)      (Date)<br>**Rollie R. Hanson** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Taylor, Wade C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Wade C. Taylor**
Signature of Debtor **Wade C. Taylor**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 29, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Rollie R. Hanson**
Signature of Attorney for Debtor(s)

**Rollie R. Hanson 1011293**
Printed Name of Attorney for Debtor(s)

**Law Office of Rollie R. Hanson, S.C.**
Firm Name

**6737 W. Washington Street**
**Suite 1420**
**West Allis, WI 53214**

Address

            Email: rollie@hansonlaw.net
**414-321-9733 Fax: 414-321-9601**
Telephone Number

**November 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re   **Wade C. Taylor**                                                                                      Case No.
                                                    Debtor(s)                                                   Chapter      **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Wade C. Taylor**
**Wade C. Taylor**

Date: **November 29, 2011**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

A/E Graphics Inc.
4075 North 124th Street
Brookfield, WI 53005

Abramoff Law Offices
W175 N1117 Stonewood Drive
Suite 102
Germantown, WI 53022

AT&T
9016 W. Calumet Road
Milwaukee, WI 53223

Aurora Advanced Healthcare, Inc.
PO Box 091700
Milwaukee, WI 53209

Aurora Health Care
P. O Box 091700
Milwaukee, WI 53209

Bankcard Services
PO Box 1111
Madison, WI 53701-1111

Beihoff Music
11737 W. North Ave
Milwaukee, WI 53226

Capital One Bank USA, NA
f/k/a Capital One Bank
140 E. Shore Drive
12017-0380
Glen Allen, VA 23059

Christopher Rogers
300 Bishop Road
Blacksburg, VA 24060

City of Wauwatosa
Treasurer's Office
7725 W. North Avenue
Wauwatosa, WI 53213

David J. Rohde PHD PMHCNS
13035 W. Bluemound Rd. #100
Brookfield, WI 53005-8040

Design Products
17025 West Rogers Drive
New Berlin, WI 53151

Equifax
PO Box 4472
Atlanta, GA 30302

A/E Graphics Inc.
4075 North 124th Street
Brookfield, WI 53005

Abramoff Law Offices
W175 N1117 Stonewood Drive
Suite 102
Germantown, WI 53022

AT&T
9016 W. Calumet Road
Milwaukee, WI 53223

Aurora Advanced Healthcare, Inc.
PO Box 091700
Milwaukee, WI 53209

Aurora Health Care
P. O Box 091700
Milwaukee, WI 53209

Bankcard Services
PO Box 1111
Madison, WI 53701-1111

Beihoff Music
11737 W. North Ave
Milwaukee, WI 53226

Capital One Bank USA, NA
f/k/a Capital One Bank
140 E. Shore Drive
12017-0380
Glen Allen, VA 23059

Christopher Rogers
300 Bishop Road
Blacksburg, VA 24060

City of Wauwatosa
Treasurer's Office
7725 W. North Avenue
Wauwatosa, WI 53213

David J. Rohde PHD PMHCNS
13035 W. Bluemound Rd. #100
Brookfield, WI 53005-8040

Design Products
17025 West Rogers Drive
New Berlin, WI 53151

Equifax
PO Box 4472
Atlanta, GA 30302

Experian
Profile Maintenance
PO Box 9558
Allen, TX 75013

FedEx Customer Info Svcs
c/o Thomas & Thomas, LLC
2323 Park Avenue
Cincinnati, OH 45206

First Business Bank
401 Charmany Drive
PO Box 44961
Madison, WI 53744

Gerald Holasek
4958 S. 20th Street
Milwaukee, WI 53221

Guaranty Bank
P.O. Box 245014
Milwaukee, WI 53224

Incorp
2360 Corporate Circle
Suite 400
Henderson, NV 89074-7722

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Jay D. Grow, PE
N305 Old Hwy. 26
Fort Atkinson, WI 53538

Keuny Architects
10505 Corporate Drive #100
Pleasant Prairie, WI 53158

Kinko's Inc.
Three Galleria Tower
13155 Noel Road, Suite 1600
Dallas, TX 75240

Kornacki & Associates, Inc.
5420 South Westridge Drive
New Berlin, WI 53151

Laura Jo Taylor
7044 Maple Terrace
Milwaukee, WI 53213

M&I Bank
Bankcard Services
PO Box 1111
Madison, WI 53701-1111

McGinn-La Court Family Dentistry
8112 W. Bluemound #104
Milwaukee, WI 53213

One Communications
2150 Holmgren Way
Green Bay, WI 54304

Orthopedic Surgeons of Wisconsin
2901 W. KK River Parkway
Suite 102
Milwaukee, WI 53215

PDC Midwest, Inc.
1150 James Drive
Hartland, WI 53029

Radke & Schlesner, S.C.
10750 West Howard Ave
Milwaukee, WI 53228

Richard Cobb
10509 N. Manor Circle
Thiensville, WI 53092

Ring & DuChateau, LLP
10101 Innovation Drive, Suite 200
Milwaukee, WI 53226

Sigma
8112 W. Bluemound Road
Suite 204
Milwaukee, WI 53213

Steve Schell
314 E. Lyon Street
Marshall, MN 56258

T-Mobile
PO Box 790047
Saint Louis, MO 63179-0047

Think Toner & Ink.
823 N. Mayfair Road
Milwaukee, WI 53226

Thomas Lehmann, Phd
13035 West Bluemound Road #100
Brookfield, WI 53005

Tim C. Levenhagen, M.D.
2717 North Grandview Blvd
Suite 202
Waukesha, WI 53188

Time Warner
c/o Credit Management, LP
Carrollton, TX 75007

Trans Union Corporation
Attn: Public Records Department
555 West Adams Street
Chicago, IL 60661

Tri State Adjustments, Inc.
3439 East Ave. So.
PO Box 3219
La Crosse, WI 54602-3219

Trilogy Health Insurance, Inc.
18000 West Sarah Ln
#310
Brookfield, WI

U.S. Bank
6950 W. State Street
Milwaukee, WI 53213

Wisconsin Department of Revenue
Insolvency Unit
PO Box 8901
Madison, WI 53708

Wisconsin Department of Workforce Dev.
P.O. box 7946
Madison, WI 53707-7946

Wisconsin Dept. of Natural Resources
101 S. Webster Street
PO Box 7921
Madison, WI 53707

Wisconsin Electric
333 West Everett Street
Milwaukee, WI 53201

Woodland Dental Group, S.C.
W232 S7590 Woodland Lane
Big Bend, WI 53103

Zurich North America
1400 American lane
Schaumburg, IL 60196

Atty. John Sinitz
Sinitz Law Firm LLC
7000 W. North Avenue
Milwaukee, WI 53213-1943

BMAC, LLC
PO Box 26605
Milwaukee, WI 53226-0605

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

Credit Management Control, Inc.
200 South Monroe Avenue
Green Bay, WI 54305

Kohn Law Firm, S.C.
312 E. Wisconsin Avenue, Suite 501
Milwaukee, WI 53202-4305

RMS
PO Box 4647
Lutherville Timonium, MD 21094-4647

Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007-1958

Tri-State Adjustments, Inc.
PO Box 3219
La Crosse, WI 54602-3219